UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                              2:01-cr-67-FtM-29DNF

FRED DOUGLAS SHACKLEFORD
_____

**OPINION AND ORDER**

This matter comes before the Court on defendant's Motion to Allow Credit for Time Served (Doc. #121), filed on February 17, 2009. Defendant seeks an order allowing credit for time served while in state custody prior to his federal sentence. The Court has no power to give defendant credit for time served. United States v. Wilson, 503 U.S. 329, 336 (1992); United States v. Lucas, 898 F.2d 1554, 1556 (11th Cir. 1990). Only the Bureau of Prisons, as the designated agent of the Attorney General, has the authority to determine initially the amount of credit a federal prisoner should receive. Wilson, 503 U.S. at 335-36; Lucas, 898 F.2d at 1556. A federal inmate who disagrees with the calculation of the Bureau of Prisons must exhaust all administrative remedies and then may file a petition in federal court pursuant to 28 U.S.C. § 2241 naming the warden as defendant. E.g., Rodriquez v. Lamer, 60 F.3d 745, 747 (11th Cir. 1995). Accordingly, the motion is due to be denied without prejudice to filing an appropriate petition pursuant

to 28 U.S.C. § 2241 in the district of incarceration if defendant has exhausted his administrative remedies.

Accordingly, it is now

**ORDERED**:

Defendant's Motion to Allow Credit for Time Served (Doc. #121) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __2nd__ day of March, 2009.

JOHN E. STEELE
United States District Judge

Copies:
Fred Douglas Shackleford
Counsel of Record